FILED
U.S. DISTRICT COURT

2001 MAY 22  A 8: 05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK. W.P.

----------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
And Legal Services Funds and the Westchester Teamsters Local
Union No. 456,

**07 CIV. 3957**

Index No.

**RULE 7.1**

**BRIEANT**

                              Plaintiffs,

        -against-


BARRIER OIL CORP.,


                              Defendant.

----------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and
magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney
of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates
of that party.


None


Dated:  May 16, 2007

_____
Karin Arrospide, Esq. (KA9319)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____