## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV3957  
STATE OF NEW YORK    UNITED STATES DISTRICT COURT

Purchased/Filed: May 22, 2007  
SOUTHERN DISTRICT

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, et al

Plaintiff

against

Barrier Oil Corp.

Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___June 6, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

___Barrier Oil Corp. nka Barrier Motor Fuels, Inc. sha Barrier Oil Corp.___, the Defendant in this action, by delivering to and leaving with ___Charee Hendricks___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___43___  Approx. Wt: ___175___  Approx. Ht: ___5'10"___  
Color of skin: ___Black___  Hair color: ___Black___  Sex: ___F___  Other:

Sworn to before me on this

___8th___ day of ___June, 2007___

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4696570, Qualified in Albany County  
Commission Expires June 15, 2007

Jessica Miller

Invoice-Work Order # SP0704793

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179