Briant, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,<br><br>                      Plaintiffs,<br><br>-against-<br><br>BARRIER OIL CORP.,<br><br>                      Defendant. | Index # 07-CIV-3957 (CLB)<br><br>**DEFAULT JUDGMENT**<br><br>FILED<br>AUG 07 2007<br>S.D. OF N.Y. W.P. |

This action having been commenced on May 22, 2007 with the filing of the summons and complaint and the summons and complaint were served upon the Employer on June 6, 2007 via New York's Secretary of State and proof of such service thereof was filed on June 12, 2007 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant in the liquidated amount of Thirty Two Thousand Five Hundred Sixteen Dollars and Seventy Four Cents ($32,516.74) which includes the following: Benefit Fund Contributions due and owing in the sum of $25,171.58 for the period 12/06-4/07; plus liquidated damages calculated at 10% of the principal amount owed to the ERISA Benefit Funds in the sum of $2,517.15; interest at the rate 10% per annum for each delinquent month through to July, 2007 in the sum $622.28; attorneys' fees calculated at 15% of the principal delinquency amount in the sum of $3,775.73; plus court costs and disbursements of this action in the sum of $430.00.

MICROFILM
AUG 07 2007
USDCSDNYWP



ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
August 7, 2007

So Ordered:

_____
~~WP4, U.S.D.J.~~
Honorable Charles L. Brieant, U.S.D.J.